No. 336. TOILET GOODS ASSOCIATION, INC., ET AL. *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION AND WELFARE, ET AL.; and

No. 438. GARDNER, SECRETARY OF HEALTH, EDUCATION AND WELFARE, ET AL. *v.* TOILET GOODS ASSOCIATION, INC., ET AL. C. A. 2d Cir. Certiorari granted and cases set for oral argument immediately following No. 39. Cases consolidated and a total of one hour allotted for oral argument. MR. JUSTICE BRENNAN took no part in the consideration or decision of these petitions. *Edward J. Ross* for petitioners in No. 336. *Solicitor General Marshall* for respondents in No. 336. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg, Jerome M. Feit* and *William W. Goodrich* for petitioners in No. 438. Reported below: 360 F. 2d 677.

No. 62, Misc. BOSTICK *v.* SOUTH CAROLINA ET AL. Sup. Ct. S. C. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted limited to the jury question. Case transferred to the appellate docket. *Lincoln C. Jenkins, Jr.,* and *Matthew J. Perry* for petitioner. *Daniel R. McLeod,* Attorney General of South Carolina, *E. N. Brandon,* Assistant Attorney General, and *Randolph Murdaugh* for respondents.

No. 519, Misc. WHITUS ET AL. *v.* GEORGIA. Sup. Ct. Ga. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket and set for oral argument with case No. 253. A total of one hour allotted for oral argument of both cases. *Charles Morgan, Jr.,* for petitioners. *Arthur K. Bolton,* Attorney General of Georgia, and *E. Freeman Leverett,* Deputy Assistant Attorney General, for respondent.